No. 80–5816. BIN-RILLA, AKA PRESTON v. ISRAEL, WARDEN. Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–444. FOLEY, DIRECTOR, ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS v. CARTER, PRESIDENT OF THE UNITED STATES, ET AL. Certificate from the United States Court of Appeals for the District of Columbia Circuit dismissed.

No. A–420. ROYSE v. WASHINGTON ET AL. Application for bail and/or writ of habeas corpus, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–484 (80–5808). OLIVER v. MARKS, CORRECTION COMMISSIONER, ET AL. D. C. E. D. Pa. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–521. NOE v. UNITED STATES. Application for bail pending appeal, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–530. ARIZONA ET AL. v. PLANNED PARENTHOOD OF CENTRAL AND NORTHERN ARIZONA ET AL. C. A. 9th Cir. Application for stay, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. 79–1252. CALIFORNIA ET AL. v. SIERRA CLUB ET AL.; and
No. 79–1502. KERN COUNTY WATER AGENCY ET AL. v. SIERRA CLUB ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 818.] Motion of Contra Costa County Water Agency et al. for leave to file a brief as amici curiae granted.